Jose CANAS, Appellant,

v.

Brenda NABER, Probation Officer for the Seventh Judicial District; Delbert E. Jones, Probation Supervisor for the Seventh Judicial District, Appellees.

No. 01–3559.

United States Court of Appeals, Eighth Circuit.

Submitted April 30, 2002.

Filed May 2, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Jose Canas challenges the district court's dismissal of some claims, and adverse grant of summary judgment as to others, in Canas's 42 U.S.C. § 1983 action against various Iowa officials. After carefully reviewing the record, we conclude the district court's rulings were proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.